IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DIANE RUSSELL,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 5:10-cv-318/RS-MD**

**STANDARD SECURITY LIFE
INSURANCE CO. OF NEW YORK,
a Foreign Corporation,**

    **Defendant.**
_____ /

## ORDER

Before me is Defendant's Motion to Compel Arbitration and Dismiss (Doc. 5). Plaintiff has not filed a response. "Failure to file a responsive memorandum may be sufficient cause to grant the motion." N.D. Fla. Loc. R. 7.1 (C) (1).

Defendant contends that under either the Federal Arbitration Act, 9 U.S.C. § 1, *et seq*., or Florida's Arbitration Code, FLA. STAT. § 682.03, the contract-based dispute between the parties requires arbitration. Without a response from Plaintiff, I find no reason to disagree.

**IT IS ORDERED**:

    1. The Motion to Compel Arbitration (Doc. 5) is **GRANTED**.

    2. The Case is **dismissed without prejudice**.

    3. The clerk is directed to close the file.

**ORDERED** on January 6, 2011

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**